Mizanur RAHMAN, Petitioner,

v.

John ASHCROFT, U.S. Attorney
General, Respondent.

No. 03–60095.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 15, 2004.

Estela Richeda, Law Office of Estela
Richede, Pasadena, CA, for Petitioner.

Margaret J. Perry, Anh–Thu P. Mai,
Thomas Ward Hussey, Director, US De-
partment of Justice, Washington, DC, Hi-
polito Acosta, US Immigration & Natural-
ization Service, Houston, TX, Caryl G.
Thompson, US Immigration & Naturaliza-
tion Service, New Orleans, LA, for Re-
spondent.

John Ashcroft, US Department of Jus-
tice, Washington, DC, pro se.

Before JONES, BENAVIDES, and
CLEMENT, Circuit Judges.

PER CURIAM.*

Mizanur Rahman petitions for review of
the decision of the Board of Immigration
Appeals (BIA) summarily affirming the
immigration judge's decision to deny his
application for asylum. He has not chal-
lenged the denial of withholding of removal
or relief under the Convention Against
Torture. He also has not challenged the
finding that he was not entitled to asylum
on the basis of threats and extortion ap-
plied by the Shanti Bahini, a rebel group
in Bangladesh. These claims are there-
fore deemed abandoned. *See Calderon–
Ontiveros v. INS,* 809 F.2d 1050, 1052 (5th
Cir.1986).

Rahman contends that the immigration
judge erred in making an adverse credibili-
ty finding. We have reviewed the record
and the briefs and conclude that Rahman
has not established that the record com-
pels that the credibility ruling be over-
turned. *Lopez De Jesus v. INS,* 312 F.3d
155, 161 (5th Cir.2002).

Rahman also contends that the immigra-
tion judge did not make findings regarding
his request for asylum based upon an im-
puted political opinion. He did not raise
this argument before the BIA, either on
direct appeal or in a motion to reopen.
Thus, he has failed to exhaust his adminis-
trative remedies with respect to this claim.
*See Wang v. Ashcroft,* 260 F.3d 448, 452
(5th Cir.2001). Accordingly, this court
may not consider the issue. The petition
for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR
R. 47.5.4.